IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANNY CLAY, CORY BEAL, HUGH HOLLON, MONALETO SNEED and RODNEY WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>GARY MATHEWS MOTORS, LLC, MATHEWS NISSAN, INC., A. GARY MATHEWS and DAVID CARSON,<br><br>Defendants. | Case No. 3:13CV1017<br>CHIEF JUDGE HAYNES<br>JURY DEMAND |

*[handwritten notations: "ORDER / This motion is GRANTED. / William J. Haynes Jr. / 7-23-14"]*

## DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWERS TO STATE ADDITIONAL AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Defendants Gary Mathews Motors, LLC, Mathews Nissan, Inc., A. Gary Mathews, and David Carson ("Defendants") respectfully move the Court for leave to file their First Amended Answers in order to state lack of standing and judicial estoppel as additional Affirmative Defenses as to certain Plaintiffs, as well as specifically note that four of the five plaintiffs had no relationship with Mathews Nissan, Inc.[1] In addition, the Amended Answers clarify in the pleadings that Mathews Nissan, Inc. has been substituted as the alleged employer of Plaintiff Rodney Washington. The Defendants' proposed Amended Answers are attached collectively to this Motion as <u>Exhibit 1</u> (Amended Answers).

---

[1] Plaintiff was previously permitted to amend its Complaint by substitution of a different party, Mathews Nissan, Inc. (Order, Docket Entry # 27) for Gary Mathews Motors, Inc. and Gary Mathews Motors North, Inc.. However, no formal Amended Complaint was submitted by Plaintiffs at that time. Out of an abundance of caution, Defendants request permission to file the attached Amended Answers in accordance with Rule 15, Fed. R. Civ. P.

1