UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANNY CLAY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:13-01017 |
| ) | Senior Judge Haynes |
| ) | |
| GARY MATHEWS MOTORS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The Court has been advised by the Magistrate Judge that all matters and things in controversy in this action have been compromised and settled and that by February 20, 2015, the parties shall file an agreed order or stipulation of dismissal of Plaintiffs' claims. (Docket Entry No. 77).

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 3rd day of February, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge