# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| DANNY CLAY, CORY BEAL, HUGH HOLLON, MONALETO SNEED and RODNEY WASHINGTON, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GARY MATHEWS MOTORS, LLC, MATHEWS NISSAN, INC., A. GARY MATHEWS and DAVID CARSON, | ) ) ) ) |
| Defendants. | ) ) ) |

Case No. 3:13-cv-1017
Judge Haynes

## AGREED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

It appears to the satisfaction of the Court, as evidenced by the signatures of counsel for the respective parties affixed hereto below, that all matters in dispute between the parties have been resolved and that Plaintiffs' Complaint and all amendments thereto should be dismissed against all parties with prejudice.

Accordingly, pursuant to the Court's previous Orders (Docket Entries 77 and 78), Plaintiffs' Complaint and all amendments thereto and all claims presented against any defendant in this case are dismissed with prejudice. This is a final order of dismissal of all claims and this case is now closed.

_____
Honorable William J. Haynes, Jr.
Senior United States District Judge

Approved for Entry:

s/Stephen W. Grace
Stephen W. Grace (BPR No. 14867)
1019 16th Avenue, South
Nashville, Tennessee  37212
(615) 255-5225


s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215
(615) 742-5900

Attorneys for Plaintiffs



s/William S. Walton
William S. Walton (BPR No. 11177)
Butler Snow, LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN 372101
(615) 651-6700

Attorneys for Defendants